IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

FELIPE DE JESUS JIMENEZ MARTINEZ,     *

        Petitioner,         *

v.         Case No. 4:26-CV-587-CDL-ALS

       *

WARDEN, STEWART DETENTION
CENTER, et al.,         *

        Respondents.         *

_____

## J U D G M E N T

Pursuant to this Court's Order dated May 18, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 18th day of May, 2026.

          David W. Bunt, Clerk

          s/ Michelle Paschal, Deputy Clerk